UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRITTNEY FISHER,**

    **Plaintiff,**

v.                                                                                      CASE NO.: _____

**TTEC HEALTHCARE SOLUTIONS, INC.,**
**a foreign corporation, f/k/a TELETECH**
**HEALTHCARE SOLUTIONS, INC,**

    **Defendant.**
_____/

## COMPLAINT

COMES NOW, Plaintiff, BRITTNEY FISHER, by and through her undersigned counsel, and sues the Defendant, TTEC HEALTHCARE SOLUTIONS, INC., a foreign corporation, f/k/a TELETECH HEALTHCARE SOLUTIONS, INC., and alleges the following:

### JURISDICTION AND VENUE

1. At all times material hereto, Plaintiff, BRITTNEY FISHER (hereinafter "FISHER"), was a resident of Volusia County, Florida.

2. At all times material hereto, Defendant, TTEC HEALTHCARE SOLUTIONS, INC., f/k/a TELETECH HEALTHCARE SOLUTIONS, INC. (hereinafter, "TTEC"), is and was a foreign corporation, registered and authorized to conduct business in the state of Florida and doing business in Volusia county.

3. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1367.

4. Venue lies within the United States District Court for the Middle District of Florida, Orlando Division, pursuant to 28 U.S.C. 1391(b) because a substantial part of the events giving rise to this claim arose in this Judicial District.

1

## ADMINISTRATIVE PREREQUISITES

5. All conditions precedent to bringing this action have occurred.

6. Plaintiff, FISHER timely filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC") and the Florida Commission on Human Relations ("FCHR") regarding the acts complained of herein, (attached hereto as Exhibit A).

7. Plaintiff, FISHER, has received the Notice of Right to Sue (attached hereto as Exhibit B) from the EEOC and this action was filed before it expired.

## GENERAL ALLEGATIONS

8. Plaintiff began her employment with TTEC on or about April 15, 2019 as a Certified Customer Service Advocate.

9. Plaintiff suffers from multiple sclerosis, which has been diagnosed by a physician.

10. TTEC has a very strict policy for employees regarding break times or time away from the office. For example, TTEC previously denied Plaintiff's request to leave two (2) hours early to attend her Grandfather's funeral.

11. Sometime between June 28 and July 2, 2019, Plaintiff provided TTEC with an ADA request for accommodation in the form of regular bathroom breaks once per hour, which was signed by her neurologist.

12. On or around July 2, 2019, Defendant terminated a group of employees. Plaintiff was not terminated with that group.

13. The following morning, Defendant moved Plaintiff to a new "permanent" desk. However, later that day, Plaintiff was summarily terminated from her position, purportedly because her "services were no longer needed."

14. Plaintiff had not received any disciplinary warnings or write-ups prior to her termination, and she ranked 24th out of roughly 150 employees in performance.

15. Shortly after being terminated, Plaintiff learned that Defendant cancelled her health insurance which effectively prohibited her from seeking treatment and receiving the medication she relies on for her serious neurological disability.

16. TTEC advertised for Plaintiff's position shortly following her termination.

## COUNT I
## DISABILITY DISCRIMINATION – AMERICANS WITH DISABILITIES ACT

17. Plaintiff realleges and adopts Paragraphs 1 through 16 as if set out in full herein.

18. At all times material hereto, Defendant was an employer of Plaintiff, its employee, under the Americans with Disabilities Act of 1990 (ADA).

19. Plaintiff is a member of a protected class under the ADA.

20. By terminating Plaintiff, Defendant engaged in unlawful employment practices and discriminated against Plaintiff on account of her known disability, because the Defendant regarded her as having a disability, and/or because of Plaintiff's record of having a disability.

21. Defendant also failed to provide Plaintiff reasonable accommodations for her disability.

22. As a result of Defendant's unlawful discrimination, Plaintiff has suffered and continues to suffer damages and therefore prays for the following relief:

    a. Back pay and benefits;

    b. Interest on back pay and benefits;

    c. Front pay and benefits;

    d. Compensatory damages;

e. Pecuniary and non-pecuniary losses, including medical costs incurred as a result of her termination;

f. Punitive damages;

g. Costs and attorney's fees; and

h. Any other relief this Court deems just and equitable.

## DEMAND FOR JURY TRIAL

WHEREFORE, Plaintiff, BRITTNEY FISHER, demands a trial by jury and judgment against Defendant, TTEC HEALTHCARE SOLUTIONS, INC., a foreign corporation, f/k/a TELETECH HEALTHCARE SOLUTIONS, INC.

DATED this 13th day of December, 2019.

FLORIN ROEBIG, P.A.

THOMAS D. ROEBIG, JR., ESQUIRE
Florida Bar No.: 0651702
**PARKER Y. FLORIN, ESQUIRE**
Florida Bar No.: 0127139
**TAYLOR D. ROEBIG, ESQUIRE**
Florida Bar No.: 1002817
Primary Email: TDR@FlorinRoebig.com
Secondary Email: PFlorin@FlorinRoebig.com
Lisa@FlorinRoebig.com
777 Alderman Road
Palm Harbor, Florida 34683
Telephone No.: (727) 786-5000
Facsimile No.: (727) 772-9833
Attorneys for Plaintiff

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☐ EEOC | |

State or local agency, if any: **Florida Commission On Human Relations and EEOC**

| Name (Indicate Mr., Mrs., Ms.) | | HOME TELEPHONE (Include Area Code) |
|---|---|---|
| Brittney Fisher | | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |

NAME OF THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include area code) |
|---|---|---|
| TTEC Healthcare Solutions, Inc. f/k/a Teletech Healthcare Solutions, Inc. | 40,000+ | (800) 835-3832 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 9197 S. Peoria Street | Englewood, CO 80112 | Arapahoe |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

RACE ☐   COLOR ☐   SEX ☐   RELIGION ☐   NATIONAL ORIGIN ☐
RETALIATION ☒   AGE ☐   DISABILITY ☒   OTHER (Specify _____)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 07/02/2019   LATEST 07/02/2019

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s))

**I:** PERSONAL HARM: I began my employment with TTEC Healthcare Solutions as a Certified Customer Service Advocate on April 15, 2019. On Friday, June 28, 2019 I provided TTEC with a TTEC ADA Request for Additional Information (attached as Exhibit A) in an effort to seek reasonable accommodations for my disability. This was prepared due to necessary bathroom breaks that I may require for a serious health issue. On Monday, July 1, 2019, the company terminated a group of people. The next morning, on July 2, 2019, I was moved to a new "permanent" desk. That same day, I was terminated from my position with no prior disciplinary issues. I was told "Usually the head guy comes in but he's unavailable and as you know calls are declining and your services are no longer needed effective immediately." When I started to question why, because I was 24th in the company (of over 100 people), had a college education and had never been written up, I was just told "I'm sorry."

**II:** RESPONDENT'S REASON FOR ADVERSE ACTION: I was told that calls are declining and my services were no longer needed.

**III:** STATEMENT OF DISCRIMINATION: I believe I was discriminated against because of my disability and/or because I was regarded as having a disability, in violation of the Americans with Disabilities Act of 2008, and Florida Statutes Chapter 760.

☒ I want this charge filed with both the EEOC and the State or local agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
I declare under penalty of perjury that the foregoing is true and correct.

8-13-19       Brittney Fisher
DATE          CHARGING PARTY (Signature)
EEOC FORM 5 (Rev. 06/92)

NOTARY - (When necessary for State and Local Requirements)
SIGNATURE OF COMPLAINANT SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE

NOTARY PUBLIC:
SIGN: _____
PRINT: Candice Albers
State of Florida at Large (SEAL)

Candice Albers
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG105983
Expires 1/18/2021

EXHIBIT "A"

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Brittney Fisher

From: Miami District Office
Miami Tower, 100 S E 2nd Street
Suite 1500
Miami, FL 33131

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2019-05932 | MAXIMILIAN FEIGE, Investigator | (305) 808-1821 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

*[signature]*

Michael J. Farrell,
District Director

SEP 19 2019
(Date Mailed)

Enclosures(s)

cc:
**Respondent Representative**
Ruth Mackey, Esq., Senior Corporate Counsel
TTEC Healthcare Solutions, Inc.
9197 S. Peoria St.
Englewood, CO 80112

**Charging Party Representative**
Taylor D. Roebig, Esq.
Florin Roebig, P.A.
777 Alderman Rd.
Palm Harbor, FL 34683

EXHIBIT "B"